IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| DAN BOGER on behalf of themselves and others similarly situated, | : |
| Plaintiffs, | : |
| v. | : Case No. 8:19-cv-00170-PWG |
| MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, and HARD TACK, INC. | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

NOW COMES Dan Boger, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants.

RESPECTFULLY SUBMITTED AND DATED this 18th day of July, 2019.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on July 18, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich